```
                                              FILED
                                              August 2, 2013
                                              CLERK, US DISTRICT COURT
                                              EASTERN DISTRICT OF
                                              CALIFORNIA
                                              DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13MJ00230-AC |
| ) Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSHUA BONN MCGEE, ) | |
| ) Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA BONN MCGEE__, Case No. __2:13MJ00230-AC__, Charge __18USC § 922(o), 21USC § 846, 841(a)(1)__, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of $100,000.00 unsecured.

        ___ Unsecured Appearance Bond

        ___ Appearance Bond with 10% Deposit

        ___ Appearance Bond with Surety

        ___ Corporate Surety Bail Bond

        ✔ (Other) __Pretrial conditions as stated on the record.__

Issued at __Sacramento, CA__ on __August 2, 2013__ at __2:19 pm__.

**The defendant shall be released on August 5, 2013 to pretrial services.**

                                                  By /s/ Allison Claire/s/ Allison Claire
                                                        Allison Claire
                                                        United States Magistrate Judge

Copy 2 - Court

1 | HEATHER E. WILLIAMS, #122664
  | Federal Defender
2 | 801 I Street, 3rd Floor
  | Sacramento, CA 95814
3 | Telephone: (916) 498-5700
  | heather_williams@fd.org
4 |
  | Attorney for Defendant
5 | JOSHUA BONN MCGEE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTER DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:13-MJ-0230 AC |
|---|---|
| Plaintiff, | |
| v. | DEFENSE EXHIBIT LIST |
| JOSHUA BONN MCGEE, | Date: August 2, 2013 |
| Defendant, | Time: 2:00pm |
| | Judge: Hon. Allison Claire |

JOSHUA BONN MCGEE, by and through undersigned counsel, respectfully submits the following list of exhibits which are intended to be admitted. The Defense reserves the right to modify and add to this list as circumstances may arise.

| NO. | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| A | El Dorado Co. Sheriff Supplemental Narrative | | |

Dated: August 2, 2013

Respectfully Submitted,

/s/ Heather E. Williams
HEATHER E. WILLIAMS
Federal Defender

**El Dorado County Sheriff's Office**
300 Fair Lane
Placerville, CA  95667

CA00900
Phone 530-621-5655
Fax 530-626-8163

## Supplement 05

| Case Number | Date | Deputy |
|---|---|---|
| EG1304027 | 05/24/13 | JOHNSON B |

### SUPPLEMENTAL NARRATIVE

**Victim Name:**

**Suspect Name:**

**Details:**

    05-14-13 Deputy Rober5ts sent me an email requesting that I check a weapon he had booked into property as evidence and attempt to determine its make and model.

    05-14-13, Ednesday, 0900 HRS.; I signed the weapon (item 28) out of property and using the internet to confirm, identified the light machine gun (LMG) as a Nambu type 96 or 99. The 99 being a modification and caliber change from the 96. This weapon was only manufactured full auto. I returned the weapon to property after I inspected it and photographed it.

    I confirmed that there were torch cuts on the body destroying the receiver per ATF guidelines and the barrel was intact and not plugged, see attached ATF paperwork. The trigger was frozen but the bolt operated.

    Due to my unfamiliarity with this weapon system I contacted the DOJ Firearms division. I was referred to Firearms Analyst Mike Giusto. I sent him photos and an email requesting his assistance with the function of the weapon. At the time of writing this supplement he had not replied.

☐ **Attachments**

☐ **Victim, or Victim's Parent/Guardian advised of confidentiality, per PC 293**

Approved by : SGT HAMMITT T Date :  05/24/2013 04:56 PM

Print Date / Time
5/24/2013 11:54:00 PM

File Number
G1304027.S05

000364



DEFENDANT'S EXHIBIT
CASE NO. 13-mj-230?0
EXHIBIT NO. A