BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0260-LKK |
|---|---|
| Plaintiff, | STIPULATION AND ORDER CONTINUING HEARING ON MOTION TO REOPEN DETENTION |
| v. | |
| JOSHUA BONN MCGEE, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED among the parties and their respective counsel, Christiaan Highsmith, Assistant U.S. Attorney, representing plaintiff United States of America, and Douglas Beevers, Assistant Federal Defender, representing defendant Joshua Bonn McGee, that the hearing on the defendant's motion to reopen detention hearing currently scheduled for September 10, 2013 be continued to September 24, 2013 at 9:15 a.m. because AUSA Highsmith is scheduled to be traveling out of the district on September 10, 2013.

///
///
///
///
///
///

1

1   IT IS SO STIPULATED

2   Dated:  September 6, 2013                              BENJAMIN B. WAGNER
                                                           United States Attorney

3

4                                                   By:    /s/ Christiaan H. Highsmith
                                                           CHRISTIAAN H. HIGHSMITH
5                                                          Assistant United States Attorney

6

7

8                                                   By:    /s/ C. Highsmith for D. Beevers
                                                           DOUGLAS BEEVERS
9                                                          Assistant Federal Defender
                                                           Attorney For Joshua Bonn Mcgee

**ORDER**

**IT IS HEREBY ORDERED** that, based upon the agreement of the parties, the Court adopts the proposed stipulation continuing the hearing on the defendant's motion to reopen detention to September 24, 2013 at 9:15 a.m.

**IT IS SO ORDERED.**

Dated: September 6, 2013

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT