UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 1, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
DEPUTY CLERK

UNITED STATES OF AMERICA, )
) Case No. CR. S-13-0260 LKK
Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JOSHUA B. MCGEE, )
)
Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOSHUA B. MCGEE__ , Case No. __CR. S-13-0260__ , Charge __18 U.S.C 922(0)(1) - Possession of a Machingun__ , from custody subject to the conditions as previously ordered by Magistrate Judge Claire on August 2, 2013:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $__

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✓ (Other) GPS to be supplied by private company until pretrial contact pretrial services

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __October 1, 2013__ at __10:30 am__ .

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Copy 2 - Court