FILED
October 2, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:13CR00260 LKK |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| JOSHUA B. McGEE, ) | |
| ) | |
| Defendant. ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JOSHUA B. MCGEE, Case No. 2:13CR00260, Charge 18 USC § 922 (o)(1), 21 USC §846, 841(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

___ Bail Posted in the Sum of $___

    ___ Unsecured Appearance Bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond with Surety

    ___ Corporate Surety Bail Bond

    ✔ (Other)   See Attached

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on October 2, 2013 at 9:15 AM

By /s/ Lawrence K. Karlton
Lawrence K. Karlton
United States District Judge

Copy 2 - Court

## CONDITIONS OF RELEASE

Re: McGee, Joshua Bonn
Docket No.: 2:13-CR-0260-LKK
Date: October 2, 2013

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall participate in, and comply with all of the rules and regulations of the substance abuse treatment program at The Effort, Inc., inpatient facility. **You shall pay all of the costs of the substance abuse treatment program.** You shall remain at The Effort, Inc., inpatient facility at 1550 Juliesse Avenue, Sacramento, California, until released by the pretrial services officer;

    a. A responsible party, approved by Pretrial Services, shall escort you to all required court hearings and escort you back to The Effort upon completion of the hearing;

3. You shall report in person to the Pretrial Services Agency on the first working day following your release from The Effort;

4. You are released to the third-party custody of your parents, **Mike and Theresa McGee**;

5. Upon successful completion of the residential treatment program, you are to reside with your parents/custodians and not move or absent yourself from their residence for more than 24 hours without the prior approval of the pretrial services officer;

6. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

7. You shall not possess a firearm/ammunition, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms/ammunition currently under your control;

8. You shall refrain from **ANY** use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and, you shall notify Pretrial Services immediately of any prescribed medications. However, medicinal marijuana, prescribed or not, may not be used;

McGee, Joshua
Page 2

9. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the **testing** services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the **counseling** services based upon your ability to pay, as determined by the pretrial services officer;

11. You shall surrender your passport to the Clerk, U. S. District Court, and obtain no passport during the pendency of this case;

12. You shall report any contact with law enforcement to your pretrial services officer within 24 hours;

13. You shall cooperate in the collection of a DNA sample;

14. Upon completion of The Effort, you shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

15. Upon completion of The Effort, you shall participate in a cognitive behavior treatment program as directed by the pretrial services officer. Such programs may include group sessions led by a counselor or participation in a program administered by the Pretrial Services office;

16. You shall not have any contact with Ramona McGee or your minor children;

17. You shall participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You shall comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. **You shall pay all of the costs of the location monitoring program; and,**

18. **CURFEW:** You are subject to a curfew as directed by the pretrial services officer.