WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. **)** <br> **)** <br> JOSHUA B. MCGEE, ) <br> ) <br> Defendant. ) <br> _____) | Case No. 2:13-CR-0260 LKK <br><br> **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** <br><br> Date:   December 3, 2013 <br> Time:  9:15 a.m. <br> Dept:   The Hon. Lawrence K. Karlton |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for December 3, 2013 at 9:15 a.m. be continued until January 14, 2014 at 9:15 a.m.

///
///
///
///
///
///

In addition, the parties stipulate that the time between December 3, 2013 and January 14, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.  Defense counsel has recently received substantial discovery and much more is expected in the near future.  Defense counsel require additional time to review these materials prior to discussion of the case with the government, especially in light of the possibility of the filing of additional charges.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  November 27, 2013              /s/ William J. Portanova
                                       _____
                                       WILLIAM J. PORTANOVA
                                       Attorney for Joshua B. McGee

DATED:  November 27, 2013              /s/ Christiaan Highsmith by WJP
                                       _____
                                       CHRISTIAAN HIGHSMITH
                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-260 LKK |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | **)** | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| JOSHUA B. MCGEE, | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

For the reasons set forth in the stipulation of the parties filed on November 27, 2013, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for December 3, 2013, be vacated and that the case be set for a status conference on January 14, 2014 at 9:15 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between December 3, 2013 and January 14, 2014, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED:     December 2, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT