BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0260-LKK |
|---|---|
| Plaintiff, | ORDER RE: SCHEDULING STATUS CONFERENCE AND EXCLUDING TIME UNDER SPEEDY TRIAL ACT |
| v. | |
| JOSHUA BONN MCGEE, | DATE: February 25, 2014 |
| Defendants. | TIME: 9:15 a.m.<br>COURT: Hon. Lawrence K. Karlton |

On February 25, 2014, the Court held a status conference in this case. Assistant United States Attorney Christiaan Highsmith appeared on behalf of plaintiff, the United States of America. William Portanova appeared with defendant Joshua Bonn McGee, who was present and out of custody.

This Court granted a continuance for a further status conference/entry of plea to April 1, 2014, at 9:15 a.m.

Having found that the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial

/ / /

/ / /

/ / /

/ / /

ORDER RE: SCHEDULING STATUS CONFERENCE AND
EXCLUDING TIME

1

1  Act, the Court therefore excluded time from February 25, 2014, to, and including, April 1, 2014, from

2  computation of time within which the trial of this matter must be commenced, pursuant to Local

3  Code T4.

4  DATED: February 26, 2014

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT