BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-0260-LKK |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| JOSHUA BONN MCGEE, | DATE: April 1, 2014 |
| Defendant. | TIME: 9:15 a.m. COURT: Hon. Lawrence K. Karlton |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.   By previous order, this matter was set for status on April 1, 2014.

2.   By this stipulation, Plaintiff now moves to continue the status conference until May 20, 2014, and to exclude time between April 1, 2014, and May 20, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

a)   The government has represented that the discovery associated with this case includes investigative reports and documents totaling approximately 319 pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)   Counsel for defendant desires additional time to consult with his client, review the

1  charges against his client, review discovery, and discuss potential resolution of the case with his
2  client and with the government.
3        c)    Counsel for defendant believes that failure to grant the above-requested
4  continuance would deny him/her the reasonable time necessary for effective preparation, taking
5  into account the exercise of due diligence.
6        d)    The government does not object to the continuance.
7        e)    Based on the above-stated findings, the ends of justice served by continuing the
8  case as requested outweigh the interest of the public and the defendant in a trial within the
9  original date prescribed by the Speedy Trial Act.
10       f)    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11 et seq., within which trial must commence, the time period of April 1, 2014 to May 20, 2014,
12 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
13 because it results from a continuance granted by the Court at defendant's request on the basis of
14 the Court's finding that the ends of justice served by taking such action outweigh the best interest
15 of the public and the defendant in a speedy trial.
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  March 31, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ CHRISTIAAN H. HIGHSMITH
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney

Dated:  March 31, 2014

/s/ CHRISTIAAN H. HIGHSMITH (signed with permission for William Portanova)
William Portanova
Counsel for Defendant
Joshua Bonn McGee

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 31st day of March, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT