WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>             Plaintiff,  )<br>  )<br>     v.  **)**<br>  **)**<br>JOSHUA B. MCGEE,  )<br>  )<br>             Defendant.  )<br>_____) | Case No. 2:13-CR-0260 LKK<br><br>**STIPULATION AND PROPOSED ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  May 20, 2014<br>Time:  9:15 a.m.<br>Dept:  The Hon. Lawrence K. Karlton |

   With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for, May 20, 2014 at 9:15 a.m. be continued until June 17, 2014 at 9:15 a.m.

///

///

///

///

///

///

In addition, the parties stipulate that the time between May 20, 2014 and June 17, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare.  The government and defendant are still engaging in plea negotiations/discussions and defense counsel requires additional time to review discovery in light of the plea negotiations.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  May 16, 2014						/s/ William J. Portanova
								_____
								WILLIAM J. PORTANOVA
								Attorney for Joshua B. McGee

DATED:  May 16, 2014						/s/ Christiaan Highsmith
								_____
								CHRISTIAAN HIGHSMITH
								Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-260 LKK |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | **)** | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| JOSHUA B. MCGEE, | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties filed on May 16, 2014, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for May 20, 2014, be vacated and that the case be set for a status conference on June 17, 2014 at 9:15 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial. Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between May 20, 2014 and June 17, 2014, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare.

DATED: May 20, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT