WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSHUA B. MCGEE,<br><br>    Defendant. | Case No. 2:13-cr-00260 MCE<br><br>**STIPULATION AND ORDER SETTING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:  October 23, 2014<br>Time:  9:00 a.m.<br>Dept:  The Hon. Morrison C. England, Jr |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that a status conference be scheduled for October 23, 2014 at 9:00 a.m.

In addition, the parties stipulate that the time between September 30, 2014 and October 23, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare, and to further provide additional time for defense counsel and the government to discuss possible resolution of the case.

The parties stipulate that the ends of justice to be served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.


DATED:  September 22, 2014                    /s/ William J. Portanova

                                              _____
                                              WILLIAM J. PORTANOVA
                                              Attorney for Joshua B. McGee


DATED:  September 22, 2014                    /s/ Christiaan Highsmith

                                              _____
                                              CHRISTIAAN HIGHSMITH
                                              Assistant United States Attorney


## ORDER

For the reasons set forth in the stipulation of the parties filed on September 22, 2014, and for good cause shown, a status conference in this matter is SET for October 23, 2014 at 9:00 a.m.

The Court finds that the ends of justice to be served by granting the request outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, for the reasons set forth in the parties' stipulation, the time between September 30, 2014 and October 23, 2014, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare and to allow sufficient time for counsel to attempt to resolve the matter.

IT IS SO ORDERED.

Dated:  September 24, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT