WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-00260 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER SETTING STATUS** |
| v. | ) | **CONFERENCE AND EXCLUDING** |
| | ) | **TIME** |
| JOSHUA B. MCGEE, | ) | |
| | ) | Date:   November 12, 2014 |
| Defendant. | ) | Time:   9:00 a.m. |
| _____ | ) | Dept:   The Hon. Morrison C. England, Jr |

   With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that a status conference be scheduled for November 12, 2014 at 9:00 a.m.

///

///

///

///

///

///

In addition, the parties stipulate that the time between October 23, 2014 and November 12, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare, and to further provide additional time for defense counsel and the government to discuss possible resolution of the case.

The parties stipulate that the ends of justice to be served by granting this request outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  October 21, 2014                         /s/ William J. Portanova
_____
                                                                  WILLIAM J. PORTANOVA
                                                                  Attorney for Joshua B. McGee

DATED:  October 21, 2014                         /s/ Christiaan Highsmith
_____
                                                                  CHRISTIAAN HIGHSMITH
                                                                  Assistant United States Attorney

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

**ORDER**

2

3        For the reasons set forth in the stipulation of the parties filed on October 21, 2014 (ECF

4   No. 68), and for good cause shown, this case is SET for a status conference on November 12, 2014

5   at 9:00 a.m.

6        The Court finds that the ends of justice to be served by granting the request outweigh the

7   interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for

8   the reasons set forth in the parties' stipulation, the time between October 23, 2014 and

9   November 12, 2014, be excluded under the Speedy Trial Act, 18 U.S.C. section

10  3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with

11  reasonable time to prepare and to allow sufficient time for counsel to attempt to resolve the

12  matter.

13        IT IS SO ORDERED.

Dated:  October 24, 2014

14

15

16                                        _____
                                          MORRISON C. ENGLAND, JR., CHIEF JUDGE
17                                        UNITED STATES DISTRICT COURT

18

19

20

21

22

23

24

25

26

27

28