WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA B. MCGEE,<br><br>        Defendant. | Case No. 2:13-CR-00260 MCE<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date:   December 4, 2014<br>Time:  9:00 a.m.<br>Dept:   The Hon. Morrison C. England Jr. |

      With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for, December 4, 2014 at 9:00 a.m. be continued until December 11, 2014 at 9:00 a.m.

///
///
///
///
///
///

In addition, the parties stipulate that the time between December 4, 2014 and December 11, 2014 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare, and to further provide additional time for defense counsel and the government to discuss possible resolution of the case.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: December 2, 2014            /s/ William J. Portanova

                                   _____
                                   WILLIAM J. PORTANOVA
                                   Attorney for Joshua B. McGee

DATED: December 2, 2014            /s/ Christiaan Highsmith

                                   _____
                                   CHRISTIAAN HIGHSMITH
                                   Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
|---|---|---|
| Plaintiff. | ) | |
| v. | ) | **ORDER CONTINUING THE STATUS CONFERENCE HEARING AND EXCLUDING TIME PURSUANT TO THE SPEEDY TRIAL ACT** |
| JOSHUA B. MCGEE, | ) | |
| Defendant. | ) | |

For the reasons set forth in the stipulation of the parties filed on December 2, 2014, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for December 4, 2014, be vacated and that the case be set for a status conference on December 11, 2014 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between December 4, 2014 and December 11, 2014, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare and to allow sufficient time for counsel to attempt to resolve the matter.

IT IS SO ORDERED.

Dated:  December 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT