WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
|---|---|---|
| Plaintiff, | ) ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) ) | |
| JOSHUA B. MCGEE, | ) ) | |
| Defendant. | ) ) ) | Date:  December 18, 2014<br>Time:  9:00 a.m.<br>Dept:  The Hon. Morrison C. England Jr. |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the status conference scheduled for, December 18, 2014 at 9:00 a.m. be continued until January 15, 2015 at 9:00 a.m.

///

///

///

///

///

///

In addition, the parties stipulate that the time between December 18, 2014 and January 15, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare, and to further provide additional time for defense counsel and the government to discuss possible resolution of the case.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  December 16, 2014                                    /s/ William J. Portanova

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM J. PORTANOVA
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Joshua B. McGee


DATED:  December 16, 2014                                    /s/ Christiaan Highsmith

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHRISTIAAN HIGHSMITH
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | **)** | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| JOSHUA B. MCGEE, | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties filed on December 16, 2014, and for good cause shown, IT IS HEREBY ORDERED that the status hearing set for December 18, 2014, be vacated and that the case be set for a status conference on January 15, 2015 at 9:00 a.m.  The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly it is ORDERED that, for the reasons set forth in the parties' stipulation, the time between December 18, 2014 and January 15, 2015, be excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare and to allow sufficient time for counsel to attempt to resolve the matter.

IT IS SO ORDERED.

DATED:  December 24, 2014

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT