1  WILLIAM J. PORTANOVA, State Bar No. 106193
   Attorney at Law
2  400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Portanova@TheLawOffices.com
5

6  Attorney for Joshua B. McGee

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 | UNITED STATES OF AMERICA,           )  Case No. 2:13-CR-00260 MCE
                                         )
12 |              Plaintiff,             )  **STIPULATION AND**
                                         )  **ORDER CONTINUING STATUS**
13 |                                     )  **CONFERENCE AND EXCLUDING**
         v.                              )  **TIME**
14 |                                     )
   | JOSHUA B. MCGEE,                    )
15 |                                     )  Date:  January 15, 2014
   |              Defendant.             )  Time:  9:00 a.m.
16 |                                     )  Dept:  The Hon. Morrison C. England Jr.
   |_____)
17

18

19      With the Court's permission, it is hereby stipulated between the parties, William J.

20 Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States

21 Attorney, attorney for the plaintiff, that the status conference scheduled for, January 15, 2015 at

22 9:00 a.m. be continued until January 29, 2015 at 9:00 a.m.

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

In addition, the parties stipulate that the time between January 15, 2015 and January 29, 2015 be excluded under the Speedy Trial Act (18 U.S.C. section 3161(h)(7)(B)(iv)) and local code T4 to give counsel time to prepare, and to further provide additional time for defense counsel and the government to discuss possible resolution of the case.

The parties stipulate that the ends of justice to be served by granting this defense request for a continuance outweigh the best interests of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED:  January 12, 2015          /s/ William J. Portanova

                                                     WILLIAM J. PORTANOVA
                                                     Attorney for Joshua B. McGee

DATED:  January 12, 2015          /s/ Christiaan Highsmith

                                                       CHRISTIAAN HIGHSMITH
                                                       Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING THE STATUS** |
| v. | **)** | **CONFERENCE HEARING AND** |
| | ) | **EXCLUDING TIME PURSUANT TO** |
| JOSHUA B. MCGEE, | ) | **THE SPEEDY TRIAL ACT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties filed on January 12, 2015, and for good cause shown, the status hearing set for January 15, 2015, is vacated and the case is set for a status conference on January 29, 2015, at 9:00 a.m.

The Court finds that the ends of justice to be served by granting the continuance outweigh the interests of the public and the defendant in a speedy trial.  Accordingly, for the reasons set forth in the parties' stipulation, the time between January 15, 2015, and January 29, 2015, is excluded under the Speedy Trial Act, 18 U.S.C. section 3161(h)(7)(B)(iv), and local code T4, due to the need to provide defense counsel with reasonable time to prepare and to allow sufficient time for counsel to attempt to resolve the matter.

IT IS SO ORDERED.

Dated:  January 13, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT