WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND PROPOSED** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | **)** | **AND SENTENCING** |
| | **)** | |
| JOSHUA B. MCGEE, | ) | |
| | ) | Date:   July 9, 2015 |
| Defendant. | ) | Time:   9:00 a.m. |
| | ) | Dept:   The Hon. Morrison C. England Jr. |

        With the Court's permission, it is hereby stipulated between the parties, William J.

Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States

Attorney, attorney for the plaintiff, that the Judgment and Sentencing now set for, July 9, 2015

at 9:00 a.m. be continued until July 23, 2015 at 9:00 a.m.

\\\

\\\

\\\

\\\

\\\

\\\

1    This continuance is necessary to allow counsel to discuss certain issues relating to the

2  sentencing.

3

4  **IT IS SO STIPULATED.**

5

6  DATED:  May 29, 2015                    /s/ William J. Portanova

7                                          _____
                                           WILLIAM J. PORTANOVA
8                                          Attorney for Joshua B. McGee

9
   DATED:  May 29, 2015                    /s/ Christiaan Highsmith
10
                                           _____
11                                         CHRISTIAAN HIGHSMITH
                                           Assistant United States Attorney
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | **)** | **AND SENTENCING** |
| | ) | |
| JOSHUA B. MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

For the reasons set forth in the stipulation of the parties filed on May 28, 2015, and for good cause shown, IT IS HEREBY ORDERED that Judgment and Sentencing set for July 9, 2015, is vacated and that the case be set for Judgment and Sentencing on July 23, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 3, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT