WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                                                 )<br>             Plaintiff,              )<br>                                                 )<br>      v.                                    )<br>                                                 )<br>JOSHUA B. MCGEE,             )<br>                                                 )<br>             Defendant.          )<br>_____ ) | Case No. 2:13-CR-00260 MCE<br><br>**STIPULATION AND**<br>**ORDER CONTINUING JUDGMENT**<br>**AND SENTENCING**<br><br><br>Date:   July 30, 2015<br>Time:  9:00 a.m.<br>Dept:   The Hon. Morrison C. England Jr. |

   With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the Judgment and Sentencing now set for, July 30, 2015 at 9:00 a.m. be continued until September 10, 2015 at 9:00 a.m.

\\\
\\\
\\\
\\\
\\\
\\\

This continuance is necessary to allow counsel to discuss certain issues relating to the sentencing.

**IT IS SO STIPULATED.**

DATED:  June 11, 2015				/s/ William J. Portanova
						_____
						WILLIAM J. PORTANOVA
						Attorney for Joshua B. McGee

DATED:  June 11, 2015				/s/ Christiaan Highsmith
						_____
						CHRISTIAAN HIGHSMITH
						Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-CR-00260 MCE |
| Plaintiff. ) | |
| v. ) | **ORDER CONTINUING JUDGMENT AND SENTENCING** |
| JOSHUA B. MCGEE, ) | |
| Defendant. ) | |

For the reasons set forth in the stipulation of the parties filed on June 11, 2015, and for good cause shown, IT IS HEREBY ORDERED that Judgment and Sentencing set for July 30, 2015, be vacated and that the case be set for Judgment and Sentencing on September 10, 2015 at 9:00 a.m.

IT IS SO ORDERED.

Dated:  June 16, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT