WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Case No. 2:13-CR-00260 MCE |
| ) | |
| Plaintiff,         ) | **STIPULATION AND** |
| ) | **ORDER CONTINUING JUDGMENT** |
| v.            **)** | **AND SENTENCING** |
| **)** | |
| JOSHUA B. MCGEE,                             ) | |
| ) | Date:   October 8, 2015 |
| Defendant.         ) | Time:   9:00 a.m. |
| ) | Dept:   The Hon. Morrison C. England Jr. |

With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the Judgment and Sentencing now set for October 8, 2015 at 9:00 a.m. be continued until February 18, 2016 at 9:00 a.m.

\\\

\\\

\\\

\\\

\\\

\\\

This continuance is necessary to allow counsel to discuss certain issues relating to the sentencing.

**IT IS SO STIPULATED.**

DATED:  September 30, 2015        /s/ William J. Portanova
                                  _____
                                  WILLIAM J. PORTANOVA
                                  Attorney for Joshua B. McGee

DATED:  September 30, 2015        /s/ Christiaan Highsmith
                                  _____
                                  CHRISTIAAN HIGHSMITH
                                  Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
|---|---|---|
| Plaintiff. | ) ) ) | **ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | **)** ) | |
| JOSHUA B. MCGEE, | ) ) | |
| Defendant. | ) ) | |

For the reasons set forth in the stipulation of the parties filed on September 30, 2015, and for good cause shown, it is hereby ordered that the Judgment and Sentencing set for October 8, 2015, is vacated and continued to February 18, 2016 at 9:00 a.m.

IT IS SO ORDERED.

Dated: October 9, 2015

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT