WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Joshua B. McGee

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND** |
|  | ) | **ORDER CONTINUING JUDGMENT** |
| v. | **)** | **AND SENTENCING** |
|  | ) |  |
| JOSHUA B. MCGEE, | ) |  |
|  | ) | Date:   May 26, 2016 |
| Defendant. | ) | Time:   10:00 a.m. |
|  | ) | Dept:   The Hon. Morrison C. England Jr. |

     With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant herein, and Christiaan Highsmith, Assistant United States Attorney, attorney for the plaintiff, that the Judgment and Sentencing now set for May 26, 2016 at 10:00 a.m. be continued until August 25, 2016 at 10:00 a.m.

\\\
\\\
\\\
\\\
\\\
\\\

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

1

1  This continuance is necessary to allow counsel to discuss certain issues relating to the
2  sentencing.
3  **IT IS SO STIPULATED.**
4  DATED: May 24, 2016                          */s/ William J. Portanova*

5                                                              _____
                                                                WILLIAM J. PORTANOVA
6                                                              Attorney for Defendant
                                                                JOSHUA B. MCGEE
7

8  DATED: May 24, 2015                          */s/ Christiaan Highsmith*
9                                                              _____
                                                                CHRISTIAAN HIGHSMITH
10                                                             Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING JUDGMENT AND SENTENCING** |
| v. | ) | |
| JOSHUA B. MCGEE, | ) | |
| Defendant. | ) | |

    For the reasons set forth in the stipulation of the parties filed on May 24, 2016, and for good cause shown, IT IS HEREBY ORDERED that Judgment and Sentencing set for May 26, 2016, be vacated and that the case be set for Judgment and Sentencing on August 25, 2016 at 10:00 a.m.

    IT IS SO ORDERED.

Dated:  May 25, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE