PHILLIP A. TALBERT
Acting United States Attorney
ROSS K. NAUGHTON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA B. MCGEE,<br><br>　　　　　　Defendant. | CASE NO. 2:13-CR-00260-MCE<br><br>STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING<br><br>DATE: August 25, 2016<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## **STIPULATION**

With the Court's permission, it is hereby stipulated between the defendant JOSHUA B. MCGEE, by and through William J. Portanova, counsel for the defendant, and the United States, by and through Ross K. Naughton, Assistant U.S. Attorney, that the Judgment and Sentencing hearing presently set for 10:00 a.m. on August 25, 2016, be vacated, with that hearing re-set for 10:00 a.m. on November 17, 2016.

[*Rest of page blank*.]

The parties stipulate and agree that this continuance is necessary to allow counsel to discuss certain issues relating to the defendant's sentencing.

Additionally, the parties represent that they have informed Senior U.S. Probation Officer Lynda Moore of the proposed continuance, and have been advised that she does not oppose it.

IT IS SO STIPULATED.

Dated:  August 19, 2016         PHILLIP A. TALBERT
                                Acting United States Attorney


                                /s/ ROSS K. NAUGHTON
                                ROSS K. NAUGHTON
                                Assistant United States Attorney


Dated:  August 19, 2016         /s/ WILLIAM J. PORTANOVA
                                WILLIAM J. PORTANOVA
                                Counsel for Defendant
                                JOSHUA B. MCGEE

---

### ORDER

For the reasons set forth in the stipulation of the parties filed on August 19, 2016, and for good cause shown, IT IS HEREBY ORDERED that the Judgment and Sentencing hearing presently set for 10:00 a.m. on August 25, 2016, is VACATED, and CONTINUED to 10:00 a.m. on November 17, 2016.

IT IS SO ORDERED.

Dated:  August 22, 2016

                                MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE