WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone:  (916) 444-7900
Fax:  (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
JOSHUA B. MCGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND** |
| | ) | **ORDER CONTINUING JUDGMENT** |
| v. | ) | **AND SENTENCING** |
| | ) | |
| JOSHUA B. MCGEE, | ) | |
| | ) | Date:   November 17, 2016 |
| Defendant. | ) | Time:  10:00 a.m. |
| _____ | ) | Dept:   The Hon. Morrison C. England Jr. |

With the Court's permission, it is hereby stipulated between the parties, William J.
Portanova, counsel for the defendant JOSHUA B. MCGEE, and Ross K. Naughton, Assistant
United States Attorney, attorney for the plaintiff, that the Judgment and Sentencing hearing
presently set for November 17, 2016 at 10:00 a.m. be continued until January 26, 2017 at 10:00
a.m.

\\\
\\\
\\\
\\\

1    The parties stipulate and agree that this continuance is necessary to allow counsel to

2 discuss certain issues relating to the defendant's sentencing.

3

4   **IT IS SO STIPULATED.**

5

6 DATED:  November 14, 2016     */s/ William J. Portanova*
                    _____

7                    WILLIAM J. PORTANOVA
                    Attorney for Defendant

8                    JOSHUA B. MCGEE

9

10 DATED:  November 14, 2016     */s/ Ross K. Naughton*
                    _____

11                   ROSS K. NAUGHTON
                   Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00260 MCE |
| | ) | |
| Plaintiff. | ) | |
| | ) | **ORDER CONTINUING** |
| v. | ) | **JUDGMENT AND SENTENCING** |
| | ) | |
| JOSHUA B. MCGEE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    For the reasons set forth in the stipulation of the parties filed on November 14, 2016, and for good cause shown, IT IS HEREBY ORDERED that the Judgment and Sentencing hearing presently set for November 17, 2016, be VACATED and that the case be RE-SET for Judgment and Sentencing on January 26, 2017 at 10:00 a.m.

    IT IS SO ORDERED.

Dated:  November 22, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE