```
WILLIAM J. PORTANOVA, State Bar No. 106193
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Portanova@TheLawOffices.com

Attorney for Defendant
JOSHUA B. MCGEE
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA B. MCGEE,<br><br>　　　　Defendant. | Case No. 2:13-CR-00260 MCE<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date:　January 26, 2016<br>Time:　10:00 a.m.<br>Dept:　The Hon. Morrison C. England Jr. |

　　　　With the Court's permission, it is hereby stipulated between the parties, William J. Portanova, counsel for the defendant JOSHUA B. MCGEE, and Ross K. Naughton, Assistant United States Attorney, attorney for the plaintiff, that the Judgment and Sentencing hearing presently set for January 26, 2017 at 10:00 a.m. be continued until March 16, 2017 at 10:00 a.m.

\\\

\\\

\\\

\\\

\\\

\\\

STIPULATION AND ORDER TO CONTINUE
JUDGMENT AND SENTENCING

1

The parties stipulate and agree that this continuance is necessary to allow counsel to discuss certain issues relating to the defendant's sentencing.

**IT IS SO STIPULATED.**

DATED:  January 19, 2017                         */s/ William J. Portanova*
                                                 _____
                                                 WILLIAM J. PORTANOVA
                                                 Attorney for Defendant
                                                 JOSHUA B. MCGEE


DATED:  January 19, 2017                         */s/ Ross K. Naughton*
                                                 _____
                                                 ROSS K. NAUGHTON
                                                 Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff.<br><br>         v.<br><br>JOSHUA B. MCGEE,<br><br>                     Defendant. | Case No. 2:13-CR-00260 MCE<br><br>**ORDER CONTINUING**<br>**JUDGMENT AND SENTENCING** |

Pursuant to the parties' stipulation and good cause having been shown, it is hereby ordered that the Judgment and Sentencing hearing presently set for January 26, 2017, is VACATED and that CONTINUED to March 16, 2017 at 10:00 a.m.

IT IS SO ORDERED.

Dated: January 23, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE