UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 10, 2023
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSHUA B. MCGEE,

    Defendant.

Case No. 2:13-cr-00260-DJC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSHUA B. MCGEE, Case No. 2:13-cr-00260-DJC, Charge 18 U.S.C. § 3606, from custody for the following reasons:

    __X__ Release on previously imposed supervised release conditions.

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): The defendant shall participate in a program of alcohol and/or substance abuse treatment as may be specified by probation.

Sacramento County Jail is further ORDERED to release the defendant with a

    __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on August 10, 2023 at 3:00 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson