WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
JOSHUA McGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA McGEE,<br><br>Defendant. | CASE No. 2:13-CR-00260<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: September 7, 2023<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the admit/deny hearing scheduled for September 7, 2023 should be vacated and continued to October 26, 2023 at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss resolution with his client. The government does not object to this continuance. Mr. McGee is out of custody and, according to Pretrial Services, is in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

///

///

STIPULATION AND ORDER TO CONTINUE
ADMIT/DENY HEARING                              1

Respectfully submitted,

DATED: September 5, 2023    */s/ William J. Portanova*
WILLIAM J. PORTANOVA
Attorney for Defendant
JOSHUA MCGEE

DATED: September 5, 2023    PHILLIP A. TALBERT
United States Attorney

 */s/ Adrian Kinsella*
ADRIAN KINSELLA
Assistant United States Attorney

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for September 7, 2023 is continued to October 26, 2023, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  September 5, 2023                         /s/ Daniel J. Calabretta
                                                                          THE HONORABLE DANIEL J. CALABRETTA
                                                                          UNITED STATES DISTRICT JUDGE