WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
JOSHUA McGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA McGEE,<br><br>Defendant. | CASE No. 2:13-CR-00260<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: February 1, 2024<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the admit/deny hearing scheduled for February 1, 2024 should be vacated and continued to April 25, 2024 at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss resolution with his client.  Additionally, Mr. McGee has a pending El Dorado County Superior Court criminal case that is set for Settlement Conference on April 15, 2024 and Jury Trial on April 23, 2024.  The facts underlying Mr. McGee's El Dorado County Superior Court case are the same underlying facts as those alleged in the instant Petition for Violation of Supervised Release.  The government does not object to this continuance.  Mr. McGee is out of custody and, according to Pretrial Services, is in compliance with his conditions of release. Because the pending petition

STIPULATION AND ORDER TO CONTINUE
ADMIT/DENY HEARING                                    1

alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

Respectfully submitted,

DATED: January 30, 2024  /s/ William J. Portanova
WILLIAM J. PORTANOVA
Attorney for Defendant
JOSHUA MCGEE

DATED: January 30, 2024  PHILLIP A. TALBERT
United States Attorney

/s/Adrian Kinsella
ADRIAN KINSELLA
Assistant United States Attorney

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for February 1, 2024 is continued to April 25, 2024, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  January 30, 2024                    /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO CONTINUE
ADMIT/DENY HEARING                                 3