1  WILLIAM J. PORTANOVA, State Bar No. 106193
   PORTANOVA & ASSOCIATES
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  WJP@Portanova.com

5  Attorney for Defendant
   JOSHUA McGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA McGEE,<br><br>Defendant. | CASE No. 2:13-CR-00260<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: April 25, 2024<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the admit/deny hearing scheduled for April 25, 2024 should be vacated and continued to May 30, 2024 at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss resolution with his client. Additionally, Mr. McGee has a pending El Dorado County Superior Court criminal case that is set for Settlement Conference on May 13, 2024. The facts underlying Mr. McGee's El Dorado County Superior Court case are the same underlying facts as those alleged in the instant Petition for Violation of Supervised Release. The government does not object to this continuance. Mr. McGee is out of custody and, according to Pretrial Services, is in compliance with his conditions of release. Because the pending petition alleges a violation of the conditions

STIPULATION AND ORDER TO CONTINUE
ADMIT/DENY HEARING                                              1

of supervised release, the provisions of the Speedy Trial Act do not apply.

                                        Respectfully submitted,

DATED: April 17, 2024          */s/ William J. Portanova*
                                        WILLIAM J. PORTANOVA
                                        Attorney for Defendant
                                        JOSHUA MCGEE

DATED: April 17, 2024          PHILLIP A. TALBERT
                                        United States Attorney

                                        */s/ Adrian Kinsella*
                                        ADRIAN KINSELLA
                                        Assistant United States Attorney

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for April 25, 2024 is continued to May 30, 2024, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

DATED:  April 17, 2024              /s/ Daniel J. Calabretta
                                    THE HONORABLE DANIEL J. CALABRETTA
                                    UNITED STATES DISTRICT JUDGE