WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
JOSHUA McGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA McGEE,<br><br>Defendant. | CASE No. 2:13-CR-00260<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: May 30, 2024<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the admit/deny hearing scheduled for May 30, 2024 should be vacated and continued to August 8, 2024 at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss resolution with his client. Additionally, Mr. McGee has a pending El Dorado County Superior Court criminal case that is set for Trial Readiness Conference on September 13, 2024, and a Jury Trial set for October 22, 2024. The facts underlying Mr. McGee's El Dorado County Superior Court criminal case are the same underlying facts as those alleged in the instant Petition for Violation of Supervised Release. The government does not object to this continuance. Mr. McGee is out of custody and, according to Pretrial Services, is in compliance with his conditions of release.

Because the pending petition alleges a violation of the conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

Respectfully submitted,

DATED: May 24, 2024               */s/ William J. Portanova*
                                  WILLIAM J. PORTANOVA
                                  Attorney for Defendant
                                  JOSHUA MCGEE


DATED: May 24, 2024               PHILLIP A. TALBERT
                                  United States Attorney

                                  */s/ Adrian Kinsella*
                                  ADRIAN KINSELLA
                                  Assistant United States Attorney

## **ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for May 30, 2024 is continued to August 8, 2024, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  May 24, 2024                                  /s/ Daniel J. Calabretta
                                                                       THE HONORABLE DANIEL J. CALABRETTA
                                                                       UNITED STATES DISTRICT JUDGE