WILLIAM J. PORTANOVA, State Bar No. 106193
PORTANOVA & ASSOCIATES
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
WJP@Portanova.com

Attorney for Defendant
JOSHUA McGEE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSHUA McGEE,<br><br>Defendant. | CASE No. 2:13-CR-00260<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>DATE: August 8, 2024<br>TIME: 9:00 AM<br>JUDGE: Hon. Daniel J. Calabretta |

IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his undersigned counsel and Plaintiff United States of America, by and through its undersigned counsel, that the admit/deny hearing scheduled for August 8, 2024 should be vacated and continued to October 3, 2024 at 9:00 a.m.

Counsel for the defendant desires additional time to investigate and discuss resolution with his client. Additionally, Mr. McGee has a pending El Dorado County Superior Court criminal case that is set for Trial Readiness Conference on September 16, 2024, and a Jury Trial set for October 22, 2024. The facts underlying Mr. McGee's El Dorado County Superior Court criminal case are the same underlying facts as those alleged in the instant Petition for Violation of Supervised Release. The government does not object to this continuance. Mr. McGee is out of

///

1  custody. Because the pending petition alleges a violation of the conditions of supervised release,
2  the provisions of the Speedy Trial Act do not apply.

3                                                      Respectfully submitted,

5  DATED: August 5, 2024                       */s/ William J. Portanova*
6                                                      WILLIAM J. PORTANOVA
                                                    Attorney for Defendant
7                                                      JOSHUA MCGEE

9  DATED: August 5, 2024                       PHILLIP A. TALBERT
                                                    United States Attorney

11                                                     */s/ Adrian Kinsella*
                                                    ADRIAN KINSELLA
12                                                     Assistant United States Attorney

# ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for August 8, 2024 is continued to October 3, 2024, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  August 5, 2024               /s/ Daniel J. Calabretta
                                     THE HONORABLE DANIEL J. CALABRETTA
                                     UNITED STATES DISTRICT JUDGE