1  WILLIAM J. PORTANOVA, State Bar No. 106193
   PORTANOVA & ASSOCIATES
2  400 Capitol Mall, Suite 1100
   Sacramento, CA 95814
3  Telephone: (916) 444-7900
   Fax: (916) 444-7998
4  WJP@Portanova.com

5  Attorney for Defendant
   JOSHUA McGEE

6

7

                    UNITED STATES DISTRICT COURT

8                  EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          CASE No. 2:13-CR-00260

11          Plaintiff,                 **STIPULATION AND ORDER TO
                                        CONTINUE ADMIT/DENY HEARING**
12     v.

13  JOSHUA McGEE,                      DATE: October 3, 2024
                                        TIME: 9:00 AM
14          Defendant.                  JUDGE: Hon. Daniel J. Calabretta

15

16

17        IT IS HEREBY STIPULATED by defendant JOSHUA McGEE, by and through his

18  undersigned counsel and Plaintiff United States of America, by and through its undersigned

19  counsel, that the admit/deny hearing scheduled for October 3, 2024 should be vacated and

20  continued to November 21, 2024 at 9:00 a.m.

21        Counsel for the defendant desires additional time to investigate and discuss resolution

22  with his client. Additionally, Mr. McGee has a pending El Dorado County Superior Court

23  criminal case that is set for Trial Readiness Conference on October 14, 2024, and a Jury Trial set

24  for October 22, 2024. The facts underlying Mr. McGee's El Dorado County Superior Court

25  criminal case are the same underlying facts as those alleged in the instant Petition for Violation of

26  Supervised Release. The government and U.S. Probation do not object to this continuance.

27  ///

28

STIPULATION AND ORDER TO CONTINUE          1
ADMIT/DENY HEARING

1          Mr. McGee is out of custody. Because the pending petition alleges a violation of the

2    conditions of supervised release, the provisions of the Speedy Trial Act do not apply.

3                          Respectfully submitted,

4

5    DATED: September 27, 2024          */s/ William J. Portanova*
6                                                            WILLIAM J. PORTANOVA
                                                             Attorney for Defendant
7                                                            JOSHUA MCGEE

8

9    DATED: September 27, 2024          PHILLIP A. TALBERT
                                                             United States Attorney
10

11                                                          */s/ Adrian Kinsella*
                                                             ADRIAN KINSELLA
12                                                          Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Mr. McGee's admit/deny hearing set for October 3, 2024 is continued to November 21, 2024, at 9:00 a.m. before District Court Judge Daniel J. Calabretta.

IT IS SO ORDERED.

Dated:  September 27, 2024                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE